IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STAR HARBOR CAPITAL, LLC,<br><br>    Plaintiff,<br><br>vs.<br><br>WENLAMBO TWO LIMITED,<br>HMSRSV, LLC, and ROBERT SHAVELL,<br><br>    Defendants. | Civil Action No. 1:25-cv-10070 |

**JOINT MOTION FOR EXTENSION OF TIME FOR
PLAINTIFF TO AMEND COMPLAINT AND FOR DEFENDANTS TO RESPOND TO
PLAINTIFF'S AMENDED COMPLAINT**

Plaintiff Star Harbor Capital, LLC's and Defendants Wenlambo Two Limited ("Wenlambo"), HMSRSV, LLC (HMSRSV), and Robert Shavell ("Shavell") (collectively, "Defendants") jointly move the Court for an extension of time for Defendants to respond to the Complaint up through and including April 28, 2025.

As grounds for this request, the Parties state as follows:

1.   Plaintiff filed the Complaint in this action on January 10, 2025.

2.   On March 6, 2025, the parties filed their first Joint Motion for Extension of Time for Defendants to Respond to Plaintiff's Complaint, requesting that Defendants have up to and including March 24, 2025 to respond to Plaintiff's Complaint.

3.   Plaintiff has since decided to exercise its right to amend its complaint as a matter of course pursuant to Rule 15(a) of the Federal Rules of Civil Procedure.

4.   The parties have conferred and agreed to the following deadlines for filing and answering Plaintiff's forthcoming First Amended Complaint:

1

Plaintiff's First Amended Complaint filed by:     April 7, 2025

Defendants' response filed by:     April 28, 2025

5. This is Parties' second request for an extension of time to respond to the Complaint.

WHEREFORE, the Parties respectfully request that the Court grant this joint motion for extension of time for Defendants to respond to the Complaint up through and including April 28, 2025.

Dated: March 26, 2025

Respectfully submitted,

PLAINTIFF STAR HARBOR CAPITAL, LLC

By its attorneys,

*/s/ Brian M. Haney*
Brian M. Haney (BBO # 661674)
Viktor A. Theiss (BBO # 565096)
Brian W. Haynes (BBO # 683047)
Casner & Edwards, LLP
303 Congress Street
Boston, MA 02210
(617) 426-5900
haney@casneredwards.com
theiss@casneredwards.com
bhaynes@casneredwards.com

DEFENDANTS WENLAMBO TWO LIMITED, HMSRSV, LLC, and ROBERT SHAVELL

By their attorney,

*/s/ Matthew G. Lindenbaum*
Matthew G. Lindenbaum (BBO # 670007)
Nelson Mullins Riley & Scarborough LLP
One Financial Center, Suite 3500
Boston, MA 02111
Telephone: (617) 217-4700
Fax: (617) 217-4710
matthew.lindenbaum@nelsonmullins.com

64024.00000/1001919.1