**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| STAR HARBOR CAPITAL, LLC,<br><br>      Plaintiff,<br><br>    vs.<br><br>WENLAMBO TWO LIMITED,<br>HMSRSV, LLC,<br>and ROBERT SHAVELL,<br><br>      Defendants. | Civil Action No. 1:25-CV-10070-MJJ |

**DEFENDANT HMSRSV LLC'S AMENDED ANSWER TO
FIRST AMENDED COMPLAINT**

Pursuant to the Federal Rules of Civil Procedure 15(b) and with the written assent of Plaintiff, Defendant HMSRSV, LLC ("HMSRSV"), responds to Plaintiff's First Amended Verified Complaint and Demand for Jury Trial ("Complaint") as set forth below.

**SUMMARY**

1. Paragraph 1 is an introductory paragraph summarizing Plaintiff's claims and arguments that does not require a response. To the extent a response is required, HMSRSV denies the allegations.

2. Paragraph 2 is an introductory paragraph summarizing Plaintiff's claims and arguments that does not require a response. To the extent a response is required, HMSRSV denies the allegations.

**VIOLATIONS**

3. Paragraph 3 states a legal conclusion to which no response is required. To the extent a response is required, HMSRSV denies the allegations.

4.    Paragraph 4 states a legal conclusion to which no response is required. To the extent a response is required, HMSRSV denies the allegations.

## JURISDICTION AND VENUE

5.    Paragraph 5 states a legal conclusion to which no response is required. To the extent a response is required, HMSRSV admits the allegations.

6.    Paragraph 6 states a legal conclusion to which no response is required. To the extent a response is required, HMSRSV admits the allegations.

7.    Paragraph 7 states a legal conclusion to which no response is required. To the extent a response is required, HMSRSV admits the allegations.

## PARTIES

8.    HMSRSV admits that Plaintiff is a Limited Liability Company. HMSRSV is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 8 and therefore denies the same.

9.    Paragraph 9 does not pertain to HMSRSV, and therefore no response is required. To the extent a response is required, HMSRSV states that Wenlambo Two Limited is a company incorporated in the British Virgin Islands as a BVI Business Company limited by shares. HMSRSV is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 9 and therefore denies the same.

10.    Admitted.

11.    Paragraph 11 does not pertain to HMSRSV, and therefore no response is required. To the extent a response is required, HMSRSV is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 11 and therefore denies the same.

2

## FACTUAL ALLEGATIONS

12.     Paragraph 12 does not pertain to HMSRSV, and therefore no response is required. To the extent a response is required, HMSRSV is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 12 and therefore denies the same.

13.     Paragraph 13 does not pertain to HMSRSV, and therefore no response is required. To the extent a response is required, HMSRSV is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 13 and therefore denies the same.

14.     Paragraph 14 does not pertain to HMSRSV, and therefore no response is required. To the extent a response is required, HMSRSV is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 14 and therefore denies the same.

15.     Paragraph 15 does not pertain to HMSRSV, and therefore no response is required. To the extent a response is required, HMSRSV is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 15 and therefore denies the same.

16.     Paragraph 16 does not pertain to HMSRSV, and therefore no response is required. To the extent a response is required, HMSRSV is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 16 and therefore denies the same.

17.     Paragraph 17 does not pertain to HMSRSV, and therefore no response is required. To the extent a response is required, HMSRSV is without knowledge or information sufficient to

form a belief as to the truth of the allegations contained in Paragraph 17 and therefore denies the same.

18. Paragraph 18 does not pertain to HMSRSV, and therefore no response is required. Moreover, Paragraph 18 states a legal conclusion to which no response is required. To the extent a response is required, HMSRSV is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 18 and therefore denies the same.

19. Paragraph 19 does not pertain to HMSRSV, and therefore no response is required. Moreover, the email communications referenced in Paragraph 19 speak for themselves, and HMSRSV denies any allegations inconsistent therewith. Paragraph 19 also states a legal conclusion to which no response is required. To the extent a response is required, HMSRSV is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 19 and therefore denies the same.

20. Paragraph 20 does not pertain to HMSRSV, and therefore no response is required. Moreover, Paragraph 20 states a legal conclusion to which no response is required. To the extent a response is required, HMSRSV is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 20 and therefore denies the same.

21. Paragraph 21 does not pertain to HMSRSV, and therefore no response is required. Moreover, Paragraph 21 states a legal conclusion to which no response is required. To the extent a response is required, HMSRSV is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 21 and therefore denies the same.

22. Paragraph 22 does not pertain to HMSRSV, and therefore no response is required. Moreover, Paragraph 22 states a legal conclusion to which no response is required. To the extent

4

a response is required, HMSRSV is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 22 and therefore denies the same.

23.    Paragraph 23 does not pertain to HMSRSV, and therefore no response is required. Moreover, Paragraph 23 states a legal conclusion to which no response is required.  To the extent a response is required, HMSRSV is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 23 and therefore denies the same.

24.    Paragraph 24 does not pertain to HMSRSV, and therefore no response is required. To the extent a response is required, HMSRSV is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 24 and therefore denies the same.

25.    HMSRSV is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 25 and therefore denies the same.

26.    Paragraph 26 does not pertain to HMSRSV, and therefore no response is required. Moreover, Paragraph 26 states a legal conclusion to which no response is required.  To the extent a response is required, HMSRSV is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 26 and therefore denies the same.

27.    Paragraph 27 does not pertain to HMSRSV, and therefore no response is required. Moreover, Paragraph 27 states a legal conclusion to which no response is required.  To the extent a response is required, HMSRSV is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 27 and therefore denies the same.

28.    Paragraph 28 does not pertain to HMSRSV, and therefore no response is required. To the extent a response is required, the "tax filings and associated documents" referenced in Paragraph 28 speak for themselves, and HMSRSV denies any allegations inconsistent therewith.

29.     Paragraph 29 does not pertain to HMSRSV, and therefore no response is required. Moreover, Paragraph 29 states a legal conclusion to which no response is required.  To the extent a response is required, the June 4, 2020 communication referenced in Paragraph 29 speaks for itself, and HMSRSV denies any allegations inconsistent therewith.   HMSRSV is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 29 and therefore denies the same.

30.     Paragraph 30 does not pertain to HMSRSV, and therefore no response is required. To the extent a response is required, HMSRSV is without knowledge or information sufficient form a belief as to the truth of the allegations contained in Paragraph 30 and therefore denies the same.

31.     Denied.

32.     Paragraph 32 does not pertain to HMSRSV, and therefore no response is required. Moreover, Paragraph 32 states a legal conclusion to which no response is required.  To the extent a response is required, HMSRSV is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 32 and therefore denies the same.

33.     Paragraph 33 does not pertain to HMSRSV, and therefore no response is required. To the extent a response is required, HMSRSV is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 33 and therefore denies the same.

34.     Paragraph 34 does not pertain to HMSRSV, and therefore no response is required. Moreover, Paragraph 34 states a legal conclusion to which no response is required.  To the extent a response is required, HMSRSV is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 34 and therefore denies the same.

35. Paragraph 35 does not pertain to HMSRSV, and therefore no response is required. To the extent a response is required, HMSRSV is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 35 and therefore denies the same.

36. Paragraph 36 does not pertain to HMSRSV, and therefore no response is required. Moreover, Paragraph 36 states a legal conclusion to which no response is required. To the extent a response is required, HMSRSV is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 36 and therefore denies the same.

37. Paragraph 37 does not pertain to HMSRSV, and therefore no response is required. To the extent a response is required, HMSRSV is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 37 and therefore denies the same.

38. Paragraph 38 does not pertain to HMSRSV, and therefore no response is required. To the extent a response is required, the communication referenced in Paragraph 38 speaks for itself, and HMSRSV denies any allegations inconsistent therewith. Moreover, the allegations in Paragraph 38 state a legal conclusion to which no response is required. To the extent a response is required, HMSRSV is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 38 and therefore denies the same.

39. Paragraph 39 does not pertain to HMSRSV, and therefore no response is required. To the extent a response is required, Paragraph 39 states a legal conclusion to which no response is required. To the extent a response is required, HMSRSV is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 39 and therefore denies the same.

40. Paragraph 40 does not pertain to HMSRSV, and therefore no response is required. Moreover, the allegations in Paragraph 40 state a legal conclusion to which no response is required. To the extent a response is required, Paragraph 40 references documents that speak for themselves, and HMSRSV denies any allegations inconsistent with the content thereof. HMSRSV is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 40 and therefore denies the same.

41. Paragraph 41 does not pertain to HMSRSV, and therefore no response is required. Moreover, Paragraph 41 states a legal conclusion to which no response is required. To the extent a response is required, HMSRSV is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 41 and therefore denies the same.

42. Paragraph 42 does not pertain to HMSRSV, and therefore no response is required. Moreover, Paragraph 42 states a legal conclusion to which no response is required. To the extent a response is required, HMSRSV is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 42 and therefore denies the same.

43. Paragraph 43 does not pertain to HMSRSV, and therefore no response is required. Moreover, Paragraph 43 states a legal conclusion to which no response is required. To the extent a response is required, HMSRSV is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 43 and therefore denies the same.

44. Paragraph 44 does not pertain to HMSRSV, and therefore no response is required. Moreover, Paragraph 44 states a legal conclusion to which no response is required. To the extent a response is required, HMSRSV is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 44 and therefore denies the same.

45. Paragraph 45 does not pertain to HMSRSV, and therefore no response is required. Moreover, Paragraph 45 states a legal conclusion to which no response is required. To the extent a response is required, HMSRSV is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 45 and therefore denies the same.

46. Paragraph 46 does not pertain to HMSRSV, and therefore no response is required. Moreover, Paragraph 46 states a legal conclusion to which no response is required. To the extent a response is required, HMSRSV is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 46 and therefore denies the same.

47. Paragraph 47 does not pertain to HMSRSV, and therefore no response is required. To the extent a response is required, HMSRSV is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 47 and therefore denies the same.

48. Paragraph 48 does not pertain to HMSRSV, and therefore no response is required. Moreover, Paragraph 48 states a legal conclusion to which no response is required. To the extent a response is required, HMSRSV is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 48 and therefore denies the same.

49. Paragraph 49 does not pertain to HMSRSV, and therefore no response is required. To the extent a response is required, HMSRSV is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 49 and therefore denies the same.

50. Paragraph 50 does not pertain to HMSRSV, and therefore no response is required. Moreover, Paragraph 50 states a legal conclusion to which no response is required. To the extent

a response is required, HMSRSV is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 50 and therefore denies the same.

51.    Paragraph 51 does not pertain to HMSRSV, and therefore no response is required. Moreover, Paragraph 51 states a legal conclusion to which no response is required.  To the extent a response is required, HMSRSV is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 51 and therefore denies the same.

52.    Paragraph 52 does not pertain to HMSRSV, and therefore no response is required. Moreover, Paragraph 52 states a legal conclusion to which no response is required.  To the extent a response is required, HMSRSV is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 52 and therefore denies the same.

53.    Paragraph 53 does not pertain to HMSRSV, and therefore no response is required. Moreover, Paragraph 53 states a legal conclusion to which no response is required.  To the extent a response is required, the tax documents referenced in Paragraph 53 speak for themselves and are the best evidence of their own content.  HMSRSV is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 53 and therefore denies the same.

54.    Paragraph 54 does not pertain to HMSRSV, and therefore no response is required. Moreover, Paragraph 54 states a legal conclusion to which no response is required.  To the extent a response is required, HMSRSV is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 54 and therefore denies the same.

## COUNT I
### (Breach of Contract)

55.    HMSRSV incorporates Paragraphs 1 through 54 of its Answer as if fully set forth herein.

10

56.    Denied.

57.    Denied including each subparagraph (a) through (d).

58.    Denied.

59.    Denied.

60.    Denied.

61.    HMSRSV denies that Plaintiff is entitled to the relief requested or to any relief whatsoever.

### COUNT II
### (Breach of Fiduciary Duty)

62.    HMSRSV incorporates Paragraphs 1 through 61 of its Answer as if fully set forth herein.

63.    Denied.

64.    Denied.

65.    Denied including each subparagraph (a) through (c).

66.    Denied.

67.    Denied.

68.    HMSRSV denies that Plaintiff is entitled to the relief requested or to any relief whatsoever.

### COUNT III
### (Violations of Exchange Act Section 10(b) and Rule 10b-5 Thereunder)

69.    HMSRSV incorporates Paragraphs 1 through 68 of its Answer as if fully set forth herein.

70.    Denied.

71.    Denied.

## COUNT IV
### (Fraud)

72.    HMSRSV incorporates Paragraphs 1 through 71 of its Answer as if fully set forth herein.

73.    Denied including each subparagraph (a) through (f).

74.    Denied.

75.    Denied.

76.    Denied.

77.    HMSRSV denies that Plaintiff is entitled to the relief requested or to any relief whatsoever.

## COUNT V
### (Conversion)

78.    HMSRSV incorporates Paragraphs 1 through 77 of its Answer as if fully set forth herein.

79.    Denied.

80.    Denied.

81.    Denied.

82.    Denied.

## COUNT VI
### (Breach of the Implied Covenant of Good Faith and Fair Dealing)

83.    HMSRSV incorporates Paragraphs 1 through 82 of its Answer as if fully set forth herein.

84.    Denied.

85.    Denied including each subparagraph (a) through (e).

86.    Denied.

12

87.     HMSRSV denies that Plaintiff is entitled to the relief requested or to any relief whatsoever.

## COUNT VII
### (Civil Conspiracy)

88.     The Court has dismissed Count VII, and no response is required.  To the extent a response is required, HMSRSV incorporates Paragraphs 1 through 87 of its Answer as if fully set forth herein.

89.     The Court has dismissed Count VII, and no response is required.  To the extent a response is required, HMSRSV denies the allegations of Paragraph 89.

90.     The Court has dismissed Count VII, and no response is required.  To the extent a response is required, HMSRSV denies the allegations of Paragraph 90, including each subparagraph (a) through (e).

91.     The Court has dismissed Count VII, and no response is required.  To the extent a response is required, HMSRSV denies the allegations of Paragraph 91.

92.     The Court has dismissed Count VII, and no response is required.  To the extent a response is required, HMSRSV denies that Plaintiff is entitled to the relief requested or to any relief whatsoever.

## COUNT VIII
### (Promissory Estoppel)

93.     HMSRSV incorporates Paragraphs 1 through 92 of its Answer as if fully set forth herein.

94.     Denied including each subparagraph (a) through (e).

95.     Denied.

96.     Denied.

13

97.    HMSRSV denies that Plaintiff is entitled to the relief requested or to any relief whatsoever.

## COUNT IX
### (Chapter 93A, § 11)

98.    HMSRSV incorporates Paragraphs 1 through 97 of its Answer as if fully set forth herein.

99.    Paragraph 99 states a legal conclusion to which no response is required.  To the extent a response is required, HMSRSV admits the allegations.

100.    Denied including each subparagraph (a) through (e).

101.    Denied.

102.    HMSRSV denies that Plaintiff is entitled to the relief requested or to any relief whatsoever.

## COUNT X
### (Constructive Trust)

103.    HMSRSV incorporates Paragraphs 1 through 102 of its Answer as if fully set forth herein.

104.    Denied.

105.    Denied.

106.    Denied.

107.    Denied.

108.    HMSRSV denies that Plaintiff is entitled to the relief requested or to any relief whatsoever.

**COUNT XI**
**(Resulting Trust)**

109.    HMSRSV incorporates Paragraphs 1 through 108 of its Answer as if fully set forth herein.

110.    Denied.

111.    Denied.

112.    Denied.

113.    HMSRSV denies that Plaintiff is entitled to the relief requested or to any relief whatsoever.  Further answering, HMSRSV denies that Plaintiff is entitled to the relief requested in the DEMAND FOR JUDGMENT section following Paragraph 113.

**AFFIRMATIVE DEFENSES**

**FIRST AFFIRMATIVE DEFENSE**

The Complaint should be dismissed pursuant to Mass. R. Civ. P. 12(b)(6) for failure to state a claim upon which relief can be granted.

**SECOND AFFIRMATIVE DEFENSE**

To the extent Plaintiff has suffered any damages attributable to HMSRSV, which it denies, Plaintiff has failed to mitigate.

**THIRD AFFIRMATIVE DEFENSE**

Plaintiff's alleged damages are speculative and unsubstantiated, and consequently, Plaintiff is barred from recovering any costs or damages they claim to have incurred.

**FOURTH AFFIRMATIVE DEFENSE**

To the extent that HMSRSV is found liable under G.L. c. 93A, which it expressly denies, Plaintiff's damages are capped by the statutory limit provided under the statute.

15

## FIFTH AFFIRMATIVE DEFENSE

Plaintiff has failed to comply with the statutory prerequisites of G.L. c.93A, and, therefore, Plaintiff is not entitled to relief thereunder.

## SIXTH AFFIRMATIVE DEFENSE

Plaintiff's claims are barred by the doctrines of estoppel, unclean hands, waiver and/or laches.

## SEVENTH AFFIRMATIVE DEFENSE

Some or all of Plaintiff's claims are barred by the applicable statute of limitations

## EIGHTH AFFIRMATIVE DEFENSE

Some or all of Plaintiff's claims are barred for failure to comply with conditions precedent.

## NINTH AFFIRMATIVE DEFENSE

Some or all of Plaintiff's claims are barred by the Statute of Frauds.

## TENTH AFFIRMATIVE DEFENSE

HMSRSV reserves its right to assert and to rely upon other defenses as may become available or apparent during discovery proceedings, and to amend its Answer and/or Affirmative Defenses accordingly.

## NOTICE PURSUANT TO FED. R. CIV. P. 44.1

Defendant HMSRSV hereby provides that the resolution of some or all of the claims may require the Court to interpret the laws of the British Virgin Islands.

16

Respectfully submitted,

HMSRSV, LLC

/s/ Michael R. Stanley
Michael R. Stanley (BBO No. 680957)
Michael E. Welsh (BBO # 693537)
Gabrielle Muniz (BBO # 709519)
DEMEO LLP
66 Long Wharf
Boston, MA 02110
Tel: (617) 263-2600
mstanley@demeollp.com
mwelsh@demeollp.com
gmuniz@demeollp.com

*Counsel for Defendants Wenlambo Two Limited, HMSRSV, LLC and Robert Shavell*

17